Susan S. Francklyn, Appellant, *v.* Long Island City et al., Respondents.

(Argued April 19, 1886; decided June 1, 1886.)

*Frank E. Blackwell* for appellant.

*J. Ralph Burnett* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

Marx Ottinger et al., Respondents, *v.* Louis Strasburger, Appellant.

(Submitted April 19, 1886; decided June 1, 1886.)

*David L. Walter* for appellant.

*F. R. Minrath* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Final Accounting of William I. Preston, Assignee, etc.

(Argued April 19, 1886 ; decided June 1, 1886.)

*Charles M. Hall* for appellant.

*Ira Leo Bamberger* for respondent.

Agree to affirm ; no opini
All concur.
Judgment affirmed.